LaFayette L. Irwin, Jr., v. William S. Irwin, Arthur H. Irwin and Leonard H. Irwin, Individually and as Executors of the Will of LaFayette L. Irwin, Sr., deceased, Defendants; William S. Irwin, Defendant-Appellant.

Gen. No. 10,126.

Third District.

October 14, 1957.

Released for publication October 30, 1957.

Roy Geibe Hill, for appellant; Hoffmann and Hoffmann, for appellee. Opinion by JUDGE ROETH. Not to be published in full.